■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BART ROMAN, Also Known as ROBERT GAINES, Appellant. [738 NYS2d 866] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered June 2, 1999, convicting him of sodomy in the first degree, attempted rape in the first degree, sexual abuse in the first degree, and robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions are without merit (*see, People v Roman,* 292 AD2d 470 [decided herewith]). Altman, J.P., Adams, Townes and Crane, JJ., concur.